IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| v. | NO. 22-225 |
| RONALD BENSON | |

**O R D E R**

**AND NOW**, this 4th day of December, 2023, upon consideration of the Defendant's Motion to Dismiss the Indictment (ECF 19), Defendant's Motion to Withdraw Plea of Guilty (ECF 20), the Government's Response in Opposition (ECF 21), and the parties' supplemental briefing (ECF 32, 33), **IT IS ORDERED** that Defendant's Motions are **DENIED**.

BY THE COURT:

*/s/ Wendy Beetlestone*
_____
**WENDY BEETLESTONE, J.**